**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                          CHAPTER 7 CASE
CROWN GRAPHICS, INC.
                                                CASE NO. 05B-48873 JS

                                                JUDGE JOHN SQUIRES

                        Debtor(s)

## TRUSTEE'S FINAL REPORT

To:     THE HONORABLE JOHN SQUIRES
        BANKRUPTCY JUDGE

        NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the

Court and to the United States Trustee his/her Final Report and Account in accordance with 11 U.S.C.

§704(9).

1.      DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The

Petition commencing this case was filed on 10/11/05.  The Trustee was appointed on 10/11/05.  An

order for relief under Chapter 7 was entered on 10/11/05.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed

the duties enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of the estate have

either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by

the Trustee; there is no other property belonging to the estate; there are no matters pending or

undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the

Trustee's knowledge. The Trustee certifies that this estate is ready to be closed.  The tasks performed

by the Trustee are set forth on Exhibit A.

3.      The disposition of estate property is set forth in Exhibit B.  The property abandoned, or sought

to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the Trustee's Final Report as of 7/29/08 is as follows:

        a.  RECEIPTS (See Exhibit C)                    $        37,558.67

b. DISBURSEMENTS (See Exhibit C)                                   $                65.64

c. NET CASH available for distribution                            $          37,493.03

d. TRUSTEE/PROFESSIONAL COSTS
   1. Trustee compensation requested (See Exhibit E)              $            4,505.87
   2. Trustee Expenses (See Exhibit E)                            $                0.00
   3. Compensation requested by attorney or other
      professionals for trustee (See Exhibit F)                   $          12,231.50
                                                                  $

5.    The Bar Date for filing unsecured claims expired on 02/01/06.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the

Trustee.   The actual dollar amount of claims allowed and/or requested for this estate is as follows:

a. Allowed unpaid secured claims                                  $                0.00

b. Chapter 7 Administrative and 28 U.S.C. §1930 claims            $          16,737.37

c. Allowed Chapter 11 Administrative Claims                       $                0.00

d. Allowed priority claims                                        $            4,861.09

e. Allowed unsecured claims                                       $         132,155.83

7.    Trustee proposes that unsecured creditors receive a distribution of 12.03% of allowed claims.

8.    Total compensation and expense previously awarded to Trustee's counsel, accountant or other

professional was $0.00.   Professional's compensation and expense requested but not yet allowed is

$12,231.50.   The total of Chapter 7 professional fees and expenses requested for final allowance is

$16,737.37. (A summary of the professional fees and expenses previously requested is attached hereto

as Exhibit G.)

9.    A fee of $2,500.00 was paid to Debtor's counsel for services rendered in connection with this

case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for noti ce and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).   The Trustee further request s that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.


Dated: 7/29/08                              RESPECTFULLY SUBMITTED,


                                            By:/s/David Grochocinski
                                               DAVID GROCHOCINSKI, TRUSTEE
                                               1900 RAVINIA PLACE
                                               ORLAND PARK, IL  60462
                                               Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462

Invoice submitted to:
Crown Graphics

July 28, 2008

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/22/2005 DEG | Receipt of letter from F. Valenti regarding purchase of equipment, business name, telephone number, lease inventor for $25,000.00 | 0.20 375.00/hr | 75.00 |
| 10/24/2005 DEG | Facsimile letter to to Valenti regarding offer acceptable; but cannot sell leased equipment unless the purchase price exceeds lien amount | 0.30 375.00/hr | 112.50 |
| 10/28/2005 DEG | Email from debtor's attorney regarding receipt of key to premises;  need to meet with associate, AR, and proposed purchasaer to take inventory, change locks, etc. | 0.20 375.00/hr | 75.00 |
| 10/31/2005 DEG | Review of preclosing possession agreement and signature of same | 1.50 375.00/hr | 562.50 |
| 11/1/2005 DEG | Prepared initial report of assets; filed with court | 0.20 375.00/hr | 75.00 |
| 11/15/2005 DEG | Review of claim docket | 0.50 375.00/hr | 187.50 |
| 11/21/2005 DEG | Prepared letter to Frank Valenti regarding order authorizing sale of assets to Robert Keith | 0.50 375.00/hr | 187.50 |
| 11/22/2005 DEG | Prepared facsimile to accountant with documents to review for conflicts regarding employment as accountant for Trustee | 0.50 375.00/hr | 187.50 |
| 12/1/2005 DEG | Review of schedules and statement of financial affairs prior to 341 meeting | 1.50 375.00/hr | 562.50 |
| 12/5/2005 DEG | Prepared letter to accoutant with copy of order authorizing employment along with copies of Form I and II and necessary documents to prepare tax returns | 0.80 375.00/hr | 300.00 |
| 12/12/2005 DEG | Prepared letter to K. Gaertner regarding need for books and records, etc. to prepare final tax returns | 0.80 375.00/hr | 300.00 |
| 1/19/2006 DEG | Prepared letter to accountant with copies of bank account records, tax returns and cancelled checks | 1.50 375.00/hr | 562.50 |
| 4/24/2006 DEG | Receipt and review of documents requested from debtor; returns, etc. | 2.50 375.00/hr | 937.50 |



Crown Graphics                                                                    Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/8/2007 | DEG | Review of adversary complaint prepared against Felske by KM | 0.80<br>375.00/hr | 300.00 |
| 2/20/2008 | DEG | Discussion with KM regarding settlement with Felske for $11,800.00; ok to prepare motion regarding same | 0.50<br>375.00/hr | 187.50 |
| 3/6/2008 | DEG | Review documents regarding claims and estimate payment; TC with creditors | 0.50<br>375.00/hr | 187.50 |
| 7/25/2008 | DEG | Receipt and review of tax returns; prepared prompt determination letters to IDR & IRS for tax years 2005-2008; mail via certified mail with return receipts | 2.50<br>375.00/hr | 937.50 |
|  | DEG | Prepared final report | 3.00<br>375.00/hr | 1,125.00 |
|  |  | SUBTOTAL: | [    18.30 | 6,862.50] |
|  |  | For professional services rendered | 18.30 | $6,862.50 |

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

TOTAL RECEIPTS                                                $            37,558.67

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                             $            16,750.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                                     $                    0.00

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 05B-48873 JS | **Trustee:** (520067)   DAVID GROCHOCINSKI, TRUSTEE |
| **Case Name:** CROWN GRAPHICS, INC. | **Filed (f) or Converted (c):** 10/11/05 (f) |
| | **§341(a) Meeting Date:** 12/07/05 |
| **Period Ending:** 07/28/08 | **Claims Bar Date:** 02/01/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| 1   CASH ON HAND | 0.00 | 0.00 | | 0.00 | FA |
| 2   BUSINESS CHECKING ACCOUNT - BANK/ONE CHASE | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 3   BUSINESS CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 4   LANDLORD SECURITY DEPOSIT | 750.00 | 750.00 | DA | 0.00 | FA |
| 5   ACCOUNTS RECEIVABLE | 15,000.00 | 15,000.00 | DA | 0.00 | FA |
| 6   OFFICE EQUIPMENT | 500.00 | 500.00 | | 500.00 | FA |
| 7   MACHINERY - 3 OFFSET PRESSES | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 8   PRINTING PLATE MAKER | 0.00 | 0.00 | | 0.00 | FA |
| 9   PAPER | 6,000.00 | 6,000.00 | | 6,000.00 | FA |
| 10  GOODWILL/BUSINESS ACCOUNTS  (u) | 4,500.00 | 4,500.00 | | 14,500.00 | FA |
| 11  ADVERSARY 07A968  (u) | 11,800.00 | 0.00 | | 11,800.00 | FA |
| Int  INTEREST  (u) | Unknown | N/A | | 758.67 | Unknown |
| **12  Assets          Totals** (Excluding unknown values) | **$43,550.00** | **$31,750.00** | | **$37,558.67** | **$0.00** |

**Major Activities Affecting Case Closing:**

REVIEW OF DOCUMENTS REGARDING PREFERENCE AND TRANSFER
EMPLOYMENT OF ACCOUNTANT FOR REVIEW
2004 EXAMS OF INSIDERS PENDING

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 05B-48873 JS | **Trustee:** (520067)    DAVID GROCHOCINSKI, TRUSTEE |
| **Case Name:** CROWN GRAPHICS, INC. | **Filed (f) or Converted (c):** 10/11/05 (f) |
| | **§341(a) Meeting Date:** 12/07/05 |
| **Period Ending:** 07/28/08 | **Claims Bar Date:** 02/01/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property _Abandoned_ OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

ACCOUNTANT PREPARING FINAL RETURNS FOR CORPORATION
PREFERENCE ADVERSARY 07A 00968 PENDING AND INSIDER ACTIONS ALSO PENDING; TRIALS IN LATE 2008

**Initial Projected Date Of Final Report (TFR):** December 30, 2007        **Current Projected Date Of Final Report (TFR):** March 31, 2009

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 05B-48873 JS | |
| **Case Name:** | CROWN GRAPHICS, INC. | |
| **Taxpayer ID #:** | 42-0995305 | |
| **Period Ending:** | 07/28/08 | |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****43-19 - Time Deposit Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/06 | | FUNDING ACCOUNT: ********4365 | | 9999-000 | 23,500.00 | | 23,500.00 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.1500% | 1270-000 | 18.52 | | 23,518.52 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.1500% | 1270-000 | 22.98 | | 23,541.50 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.1500% | 1270-000 | 22.26 | | 23,563.76 |
| 07/06/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.1500% | 1270-000 | 3.71 | | 23,567.47 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4000% | 1270-000 | 23.36 | | 23,590.83 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4000% | 1270-000 | 28.06 | | 23,618.89 |
| 10/05/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4000% | 1270-000 | 30.82 | | 23,649.71 |
| 01/04/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4000% | 1270-000 | 82.69 | | 23,732.40 |
| 04/05/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4000% | 1270-000 | 82.98 | | 23,815.38 |
| 07/05/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.3100% | 1270-000 | 77.91 | | 23,893.29 |
| 10/04/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.3100% | 1270-000 | 78.16 | | 23,971.45 |
| 01/03/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.3100% | 1270-000 | 78.42 | | 24,049.87 |
| 04/03/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.1700% | 1270-000 | 70.25 | | 24,120.12 |
| 07/03/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7500% | 1270-000 | 45.15 | | 24,165.27 |
| 07/08/08 | | To Account #********4365 | Close CD | 9999-000 | | 24,165.27 | 0.00 |

| | | |
|---|---|---|
| Subtotals : | $24,165.27 | $24,165.27 |

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05B-48873 JS |
| **Case Name:** | CROWN GRAPHICS, INC. |
| **Taxpayer ID #:** | 42-0995305 |
| **Period Ending:** | 07/28/08 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****43-19 - Time Deposit Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **24,165.27** | **24,165.27** | $0.00 |
| | | | Less: Bank Transfers | | 23,500.00 | 24,165.27 | |
| | | | **Subtotal** | | **665.27** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$665.27** | **$0.00** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 05B-48873 JS | |
| **Case Name:** | CROWN GRAPHICS, INC. | |
| | | |
| **Taxpayer ID #:** | 42-0995305 | |
| **Period Ending:** | 07/28/08 | |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****43-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/01/05 | | HIBS ENTERPRISES | SETTLEMENT OF PERSONAL PROPERTY | | 25,000.00 | | 25,000.00 |
| | {6} | | 500.00 | 1129-000 | | | 25,000.00 |
| | {7} | | 4,000.00 | 1129-000 | | | 25,000.00 |
| | {9} | | 6,000.00 | 1129-000 | | | 25,000.00 |
| | {10} | | 14,500.00 | 1229-000 | | | 25,000.00 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 10.55 | | 25,010.55 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 12.51 | | 25,023.06 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 14.09 | | 25,037.15 |
| 02/09/06 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2005 FOR CASE #05B-48873, Bond #016026455 | 2300-000 | | 21.39 | 25,015.76 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 13.45 | | 25,029.21 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 14.88 | | 25,044.09 |
| 04/06/06 | | ACCOUNT FUNDED: ********4319 | | 9999-000 | | 23,500.00 | 1,544.09 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 3.23 | | 1,547.32 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 1.05 | | 1,548.37 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 1.02 | | 1,549.39 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 1.05 | | 1,550.44 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 1.05 | | 1,551.49 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.98 | | 1,552.47 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 1.08 | | 1,553.55 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 1.02 | | 1,554.57 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.98 | | 1,555.55 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.03 | | 1,556.58 |

|  | Subtotals : | $25,077.97 | $23,521.39 |
|---|---|---|---|

{} Asset reference(s)

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05B-48873 JS |
| **Case Name:** | CROWN GRAPHICS, INC. |
| **Taxpayer ID #:** | 42-0995305 |
| **Period Ending:** | 07/28/08 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****43-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/12/07 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05B-48873, BOND# 016026455 - TERM 2/1/07-2/1/08 | 2300-000 | | 21.99 | 1,534.59 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.77 | | 1,535.36 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.81 | | 1,536.17 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.84 | | 1,537.01 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.84 | | 1,537.85 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.79 | | 1,538.64 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.87 | | 1,539.51 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.84 | | 1,540.35 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.76 | | 1,541.11 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.90 | | 1,542.01 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 0.80 | | 1,542.81 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 0.78 | | 1,543.59 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 0.70 | | 1,544.29 |
| 02/11/08 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #05B-48873, BOND #016026455  - TERM 2/1/08-2/1/09 | 2300-000 | | 22.26 | 1,522.03 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 0.31 | | 1,522.34 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 0.28 | | 1,522.62 |
| 04/01/08 | {11} | ER FELSKE | SETTLEMENT OF ADVERSARY 07A 968 | 1249-000 | 11,800.00 | | 13,322.62 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 1.74 | | 13,324.36 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.73 | | 13,326.09 |

| | | | Subtotals : | | **$11,813.76** | **$44.25** | |

{} Asset reference(s)

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

| Case Number: | 05B-48873 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | CROWN GRAPHICS, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****43-65 - Money Market Account |
| Taxpayer ID #: | 42-0995305 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 07/28/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.67 | | 13,327.76 |
| 07/08/08 | | From Account #*******4319 | Close CD | 9999-000 | 24,165.27 | | 37,493.03 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 61,058.67 | 23,565.64 | **$37,493.03** |
| Less: Bank Transfers | 24,165.27 | 23,500.00 | |
| **Subtotal** | 36,893.40 | 65.64 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$36,893.40** | **$65.64** | |

Printed: 07/28/2008 02:31 PM    V.10.54

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05B-48873 JS |
| **Case Name:** | CROWN GRAPHICS, INC. |
| **Taxpayer ID #:** | 42-0995305 |
| **Period Ending:** | 07/28/08 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****43-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| Net Receipts : | 37,558.67 |
|---|---|
| Net Estate : | $37,558.67 |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **CD # ***-*****43-19** | 665.27 | 0.00 | 0.00 |
| **MMA # ***-*****43-65** | 36,893.40 | 65.64 | 37,493.03 |
| **Checking # ***-*****43-66** | 0.00 | 0.00 | 0.00 |
| | **$37,558.67** | **$65.64** | **$37,493.03** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:                                              CHAPTER 7 CASE

CROWN GRAPHICS, INC.
                                                    CASE NO. 05B-48873 JS

                                                    JUDGE JOHN SQUIRES

                        Debtor(s)

### PROPOSED DISTRIBUTION REPORT

    I, <u>DAVID GROCHOCINSKI, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

    <u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 16,737.37 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 4,861.09 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 15,894.57 |
| | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 37,493.03 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 16,737.37 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | 4,505.87 | 4,505.87 |
| ADMIN2 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 4,100.00 | 4,100.00 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 7,997.50 | 7,997.50 |
| ADMIN4 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 134.00 | 134.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 5.          TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $ | 0.00 |

| 6.          TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $ | 0.00 |

| 7.          TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $ | 0.00 |

| 8.          TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $ | 0.00 |

| 9.          TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 4,861.09 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 001 | DEPT. OF THE TREASURY - IRS | 4,333.23 | 4,333.23 |
| 004 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY | 53.26 | 53.26 |
| 011 | ILLINOIS DEPT. OF REVENUE | 474.60 | 474.60 |
| | | TOTAL          $ | 4,861.09 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 132,155.83 | 12.03% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| NA | EDMUND FELSKE | 11,800.00 | 1,419.21 |
| 001 | DEPT OF THE TREASURY - IRS | 1,428.81 | 171.85 |
| 002 | GRAPHIC III | 1,620.79 | 194.93 |
| 003 | PI CREDIT BUREAU | 1,975.00 | 237.54 |
| 004 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY | 100.00 | 12.03 |
| 005 | ROB KEITH | 10,000.00 | 1,202.71 |

| 006 | DIGITAL RESPONSE | 1,692.00 | 203.50 |
| 009 | JP MORGAN CHASE BANK NA | 70,552.97 | 8,485.50 |
| 010 | EDMUND FELSKE | 32,375.66 | 3,893.86 |
| 011 | ILLINOIS DEPT. OF REVENUE | 610.60 | 73.44 |
| | | TOTAL  $ | 15,894.57 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| General Unsecured Subordinated claims | | $      0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL  $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $      0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL  $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $      0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL  $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $      0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL  $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $      0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 007 | CITICAPITAL TECHNOLOGY FINANCE, INC. 250 E. CARPENTER FREEWAY 4 DECKER IRVING, TX  75062- | $  8,288.73 | Disallowed |
| Unsecured | 008 | JP MORGAN CHASE BANK NA C/O ADELA LUCCHESI/CROWLEY & LAMB PC 350 N. LASALLE STREET, SUITE 900 CHICAGO, IL  60610- | $  65,974.63 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: _____     _____

                                 DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

| | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 7,997.50 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 134.00 | |
| | | | 8,131.50 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 4,100.00 | |
| | | | 4,100.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $          0.00 | $      12,231.50 | $      12,231.50 |