**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>CROWN GRAPHICS, INC.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-48873 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: **DUPAGE COURTHOUSE
   505 N COUNTY FARM ROAD RM 4016
   WHEATON, IL. 60187**

   On: **SEPTEMBER 19, 2008**    At:    **10:00 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts    $ 37,558.67

   b. Disbursements    $ 65.64

   c. Net Cash Available for Distribution    $ 37,493.03

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $4,505.87 | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $4,100.00 | |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $7,997.50 | |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | | $134.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,861.09 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | DEPT. OF THE TREASURY - IRS | $ 4,333.23 | $ 4,333.23 |
| 004 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY | $ 53.26 | $ 53.26 |
| 011 | ILLINOIS DEPT. OF REVENUE | $ 474.60 | $ 474.60 |

7. Claims of general unsecured creditors totaling $132,155.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 12.03%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| NA | EDMUND FELSKE | $ 11,800.00 | $ 1,419.21 |
| 001 | DEPT OF THE TREASURY - IRS | $ 1,428.81 | $ 171.85 |

| | | | | | |
|---|---|---|---|---|---|
| 002 | GRAPHIC III | | $ | 1,620.79 | $ | 194.93 |
| 003 | PI CREDIT BUREAU | | $ | 1,975.00 | $ | 237.54 |
| 004 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY | $ | 100.00 | $ | 12.03 |
| 005 | ROB KEITH | | $ | 10,000.00 | $ | 1,202.71 |
| 006 | DIGITAL RESPONSE | | $ | 1,692.00 | $ | 203.50 |
| 009 | JP MORGAN CHASE BANK NA | | $ | 70,552.97 | $ | 8,485.50 |
| 010 | EDMUND FELSKE | | $ | 32,375.66 | $ | 3,893.86 |
| 011 | ILLINOIS DEPT. OF REVENUE | | $ | 610.60 | $ | 73.44 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, business checking account, landlord security deposit and account receivable

Dated: **AUGUST 19, 2008**    For the Court,

By **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:  DAVID GROCHOCINSKI, TRUSTEE
Address:  1900 RAVINIA PLACE
ORLAND PARK, IL  60462
Phone No.:  (708) 226-2700

```
                                    05-48873    Doc 34    Filed 08/19/08    Entered 08/22/08 00:26:18    Desc Imaged
                                                           Certificate of Service    Page 4 of 5
```

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: sward                 Page 1 of 2            Date Rcvd: Aug 19, 2008
Case: 05-48873                 Form ID: pdf002             Total Served: 45

The following entities were served by first class mail on Aug 21, 2008.
db           +Crown Graphics, Inc.,   126 W. Liberty St.,   Wheaton, IL 60187-5124
aty          +Arthur W Rummler,   Grochocinski, Grochoinski & Lloyd Ltd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Grochocinski Grochocinski & Lloyd Ltd,   1900 Ravinia Place,   Orland Park, IL 60462-3760
aty          +Kent A Gaertner,   Springer, Brown, Covey, Gaertner & Davis,   400 S. County Farm Rd., Suite 330,
               Wheaton, IL 60187-4547
tr           +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
10097966     +American Marketing Publishing,   915 E. Lincoln Hwy.,   Dekalb, IL 60115-3941
10097967     +Barbara Eaton,   615 N. Cross St.,   Wheaton, IL 60187-4140
10097968     +Cagan Management,   3856 Oakton St.,   Skokie, IL 60076-3456
10097969     +Capital One Visa,   PO Box 790217,   Saint Louis, MO 63179-0217
10097970     +Carlson Craft,   Box 8700,   Mankato, MN 56002-8700
10097971     +Chase Bank,   1111 Poloris Pkwy, A#,   Columbus, OH 43240-2031
10097972     +Chase Visa,   PO box 15153,   Wilmington, DE 19886-5153
10097973     +Citicapital,   PO Box 92091,   1EAB Plaza,   Uniondale, NY 11555-0001
10560957      Citicapital Technology Finance, Inc.,   250 E. Carpenter Freeway,   4 Decker,
               Irving, TX.  75062
10097975     +Concordia,   3558 S. Jefferson Ave.,   Saint Louis, MO 63118-3968
10097976     +Covad,   110 Rie Robles,   San Jose, CA 95134-1813
10097977     +Digital Printing,   123 Eisenhower Lane South,   Lombard, IL 60148-5408
10097978     +Digital Response,   883 Hampton Dr.,   Carol Stream, IL 60188-2977
10097979     +Dynamic Printing,   12249 S. Rhea Dr., #5,   Plainfield, IL 60585-9587
10097980     +Edmund Felske,   65 Circle Ave.,   Wheaton, IL 60187-4024
10097981     +Eugene Ridge,   1436 B. N. Harlem Ave.,   River Forest, IL 60305-1257
10097982     +Gans, Inc.,   1441 Boyd St.,   Los Angeles, CA 90033-3790
10097983     +Grafsolve Co.,   PO Box 1185,   Northbrook, IL 60065-1185
10097984     +Graphic III,   307 Eisenhower Lane, South,   Lombard, IL 60148-5477
10097987    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-IRS,   Internal RevenueService,
               230 South Dearborn,   Stop 5016-CHI,   Chicago IL 60604)
10097988    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10505314     +Illinois  Dept of Employment  Security,   Bankruptcy Unit 4th Fl,   33 S State St,
               Chicago  IL 60603-2802
10580546     +Illinois Department of Revenue,   Bankruptcy Section,   100 W Randolph St., Level 7-400,
               Chicago IL 60601-3218
10097985     +Illinois Department of Revenue,   Bankruptcy Section,   100 W. Randolph Street,
               Chicago, IL 60601-3218
10097986     +Illinois Dept Employment Security,   Chicago Region - Revenue,   527 S. Wells Street, Suite 100,
               Chicago, IL 60607-3922
10576512     +JP Morgan Chase Bank, N.A.,   c/o Adela C. Lucchesi,   Crowley & Lamb, P.C.,
               350 N. LaSalle Street,   Suite 900,   Chicago, IL 60654-5136
10097990     +PI Credit Bureau,   70 E. Lake St.,   Chicago, IL 60601-5959
10097989     +Peter Felske,   318 Parkway Dr.,   Wheaton, IL 60187-3610
10097991     +Prime One Printing,   7777 W. Lincoln Hwy.,   Frankfort, IL 60423-9490
10097992     +QWest,   Dept. 047,   Denver, CO 80271-0001
10097993     +Regency,   727 Clayton Ave.,   Waynesboro, PA 17268-2060
10097994     +Rob Keith,   788 Jeffrey Court,   Wheaton, IL 60189-5875
10097995     +Ryan Sceen Supply,   712 Fannie Ave.,   Saint Louis, MO 63125-1252
10097996     +SBC,   Bill Payment Center,   Saginaw, MI 48663-0001
10097997      Steve Morkowitz,   PO box 1646,   Chicago Heights, IL 60412-1646
10097998     +Transworld Systems,   25 Northwest Point Blvd, #750,   Elk Grove Village, IL 60007-1058
10097999      WFS Financial,   Attn: Correspondence,   PO Box 19733,   Irvine, CA 92623-9733

The following entities were served by electronic transmission on Aug 20, 2008.
10097974     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            ComEd,
               Bankruptcy Department,   2100 Swift Drive,   Oak Brook, IL 60523-1559
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10505315      d
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: sward              Page 2 of 2              Date Rcvd: Aug 19, 2008
Case: 05-48873                Form ID: pdf002          Total Served: 45

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2008**                              **Signature:**        *Joseph Speetjens*