# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN

IN RE:  
CROWN GRAPHICS, INC.

Debtor(s)

CHAPTER 7 CASE

CASE NO. 05B-48873 JS

JUDGE JOHN SQUIRES

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Trustee's compensation | | $ 4,505.87 |
| 2. | Trustee's expenses | | $ 0.00 |
| | | TOTAL | $ 4,505.87 |
| 3. | Chapter 11 Trustee's compensation | | $ 0.00 |
| 4. | Chapter 11 Trustee's expenses | | $ 0.00 |
| | | TOTAL | $ 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Attorney for the Trustee | |
| | a. Compensation | $ 7,997.50 |
| | b. Expenses | $ 134.00 |
| | c. Chapter 11 Compensation | $ 0.00 |
| | d. Chapter 11 Expenses | $ 0.00 |
| 2. | Accountant for the Trustee | |
| | a. Compensation | $ 4,100.00 |
| | b. Expenses | $ 0.00 |
| | c. Chapter 11 compensation | $ 0.00 |

    d. Chapter 11 Expenses    $_____0.00

3.    Other Professionals

    TOTAL    $_____12,231.50

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

**ENTERED**

DATED this _____ day of _____, 200__.

SEP 1 9 2008

John H. Squires Bankruptcy Judge
UNITED STATES BANKRUPTCY COURT

ENTERED _____
JOHN SQUIRES
UNITED STATES BANKRUPTCY JUDGE